AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the

Eastern District of New York

| | | |
|---|---|---|
| CIT Bank, N.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-00787-DLI-RML |
| Matthew Ekpo, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff, CIT Bank, N.A.

Date: 4/27/17

*Attorney's signature*

Marc J. Gross, No. MG7311 (EDNY)
*Printed name and bar number*

Windels Marx Lane & Mittendorf, LLP
156 W 56th Street
New York, New York 10019

*Address*

mgross@windelsmarx.com
*E-mail address*

(212) 237-1008
*Telephone number*

(212) 262-1215
*FAX number*