Elizabeth Gill, P.C.
Attorney at Law
71 S. Central Avenue, Suite 307
Valley Stream, NY 11580

516-825-6000

Received
In Chambers of
U.S. District Judge
DORA L. IRIZARRY

OCT 22 2020

October 20, 2020

Hon. Dora Lizette Irizarry
U. S. District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re: CIT Bank, N.A. v Ekpo et al
    1:17-cv-00787-DLI-RML

Hon. Irizarry:

In connection with the above referenced matter, I wish to let your honor know that I had no knowledge that the court had issued order directing me to file a status report no later than September 30th. It was not until I received a Fedex from Bronster LLP last week did I learn that the court had made that order and there is a current order extending the time to respond to October 22, 2020. Therefore, I offer my apologies to the Court that my lack of knowledge resulted in my not acting in accordance with the Court's order.

I am not registered with PACER because I was not regularly selected to serve as a referee on cases in the District Court and the nature of my practice does not bring me into the federal courts.

While I believe that previously an attorney at Bronster LLP asked if I would serve as referee and that I agreed and thereafter my name was submitted with regards to this matter, a search of all the files in my office on which I have been appointed as a referee, has not resulted in the subject case file being located. Accordingly, I reached out to Bronster LLP and have left several messages regarding this matter, but as of this date, have not received a response.

In order that I can effect contact with Bronster's counsel to obtain documents needed regarding this matter so that I can properly comply with the Court's Order, an additional extension of time is respectfully requested.

Thank you.

Very truly yours,
ELIZABETH GILL, ESQ.